IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL NO. 1:06CR239

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| VS. | ) | **O R D E R** |
| | ) | |
| KENNETH LAMONT DAVIS | ) | |

**THIS MATTER** is before the Court on Defendant's motion to obtain a copy of his state court trial transcript at Government expense.

Although Defendant states he is indigent, having been incarcerated since April 2006, he has retained counsel, and no finding has been made in this Court by any judicial officer regarding Defendant's indigent status.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion is **DENIED**.

Signed: November 27, 2006

Lacy H. Thornburg
United States District Judge