# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## Asheville Division

UNITED STATES OF AMERICA

V.

Kenneth Lamont Davis

JUDGMENT OF ACQUITTAL

CASE NUMBER: 1:06cr239

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted as to Count One of the Bill of Indictment.

_____
Signed: January 12, 2007

Lacy H. Thornburg
United States District Judge